IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTOINE M. MIDDLETON,

    Plaintiff,

vs.                                        CASE NO. 5:07cv207/RS-EMT

DR. EFOING ANDEM, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5) and Plaintiff's Objection Reply Submittal Objection to Recommendation (Doc. 7).  I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims against Defendants are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff's state law claims are dismissed without prejudice.

4. This case is dismissed, and the clerk is directed to close the file.

ORDERED on October 15, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**